IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE JACKSON,

        Petitioner,               No. CIV S-06-2357 LKK KJM P

    vs.

D.K. SISTO,

        Respondent.          <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 8, 2008, respondent filed a motion to dismiss. Petitioner has not filed a response to the motion. Petitioner will be given thirty days to respond to the motion to dismiss. If petitioner fails to respond, the court will recommend that this case be dismissed under Federal Rule of Civil Procedure 41(b).

        Accordingly, IT IS HEREBY ORDERED that petitioner file a response to respondent's January 8, 2008 motion to dismiss within thirty days.

DATED: March 17, 2008.

                                      U.S. MAGISTRATE JUDGE

1/jack2357.46