IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE JACKSON,

    Petitioner,                    No. CIV S-06-2357 LKK KJM P

    vs.

D.K. SISTO,

    Respondent.                  FINDINGS AND RECOMMENDATIONS

/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 17, 2008, the court ordered petitioner to file an opposition to respondent's pending motion to dismiss within thirty days. Petitioner was informed that failure to file an opposition within thirty days would result in a recommendation that this action be dismissed. The thirty day period has now elapsed and petitioner has not filed his opposition. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2  shall be served and filed within ten days after service of the objections.  The parties are advised
3  that failure to file objections within the specified time may waive the right to appeal the District
4  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED:   May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

1
jack2357.frs